**No. 22-5593**
**No. 22-5800**

In the United States Court of Appeals
for the Sixth Circuit

UNITED STATES OF AMERICA, APPELLEE

v.

EDWARD LEWIS, APPELLANT

ON APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF KENTUCKY (CRIM NO. 3:21-CR-21-1)
(THE HONORABLE GREGORY F. VAN TATENHOVE, J.)

**<u>NOTICE OF INTENT</u>**

Please take Notice that the Appellant, Edward L. Lewis, hereby gives Notice of his intent to use his Appellant's Brief timely filed in Appeal No. 22-5593 for his appellant's brief in Appeal No. 22-5800. In support of and by way of explanation for this Notice, and consistent with the relief sought in Appellant's Motion to Consolidate Appeal No. 22-5593 and Appeal No. 22-5800 [Doc 15], the Appellant filed the second appeal simply to ensure that his first appeal couldn't be deemed premature given the entry of an amended judgment by the district court to address restitution, which issue was left open in the initial judgment. Because the Briefing Letter sent following the Order consolidating the two appeals only provided for the filing of a principal brief by the Appellee and a reply brief by the Appellant, and because restitution is not an issue on appeal, the undersigned

did not perceive the need to re-file the Appellant's Brief from Appeal No. 22-5593 in Appeal No. 22-5800.

Respectfully submitted,

McBrayer PLLC
201 E. Main Street, Suite 900
Lexington, KY  40507
(859) 231-8780
dguarnieri@mcbrayerfirm.com

*/s/ David J. Guarnieri*
David J. Guarnieri | KY Bar 86522
*Attorney for Appellant*

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of January, 2023, a true and correct copy of the foregoing was served via electronically with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

Mr. David A. Marye
Mr. Charles P. Wisdom Jr.
Ms. Lauren Tanner Bradley
Office of the U.S. Attorney
Eastern District of Kentucky
260 W. Vine Street
Suite 300
Lexington, KY 40507-1612

*/s/ David J. Guarnieri*
David J. Guarnieri | KY Bar 86522
*Attorney for Appellant*