# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: March 13, 2023

## Notice

Ms. Lauren Tanner Bradley
Office of the U.S. Attorney
Eastern District of Kentucky
260 W. Vine Street, Suite 300
Lexington, KY 40507-1612

Mr. David J. Guarnieri
McBrayer
201 E. Main Street, Suite 900
Lexington, KY 40507

Re: No. 22-5593/22-5800
*USA v. Edward Lewis*

Dear Counsel:

   The Court has determined that oral argument is not required. See I.O.P. 34(a)(4). The cases noted above are scheduled for submission to the Court on the briefs of the parties and the record on **Wednesday, May 3, 2023**. You will be promptly advised of the Court's decision, or any other order or direction it may issue.

                          Sincerely yours,

                          s/Karen S. Fultz
                          Calendar Deputy

cc: Mr. David A. Marye
    Mr. Charles P. Wisdom, Jr.